**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1886**

NAN CHEN,

Petitioner,

versus

ALBERTO R. GONZALES,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.  (A97-744-753)

Submitted:  December 15, 2006        Decided:  January 5, 2007

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Nan Chen, Petitioner Pro Se.  Carol Federighi, Daniel Eric Goldman, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nan Chen, a native and citizen of the People's Republic of China, petitions for review of an order of the Board of Immigration Appeals ("Board") denying a motion to reconsider a prior order affirming the immigration judge's denial of his requests for asylum, withholding of removal, and protection under the Convention Against Torture. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion to reconsider. See 8 C.F.R. § 1003.2(a) (2006); Jean v. Gonzales, 435 F.3d 475, 481 (4th Cir. 2006). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re Chen, No. A97-744-753 (B.I.A. July 14, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED